175 So. 412

### James O. BERRY v. STATE.

#### 6 Div. 165.

Supreme Court of Alabama.
June 24, 1937.

Ross, Bumgardner, Ross & Ross, of Bessemer, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of James O. Berry for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Berry v. State, 27 Ala. App. 507, 175 So. 407.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.